

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | NO. 09 CR 696 |
| | ) | J. Charles R. Norgle, Sr. |
| DOUGLAS GREER, | ) | |
| Defendant. | ) | |

## AGREED ORDER

IT IS HEREBY ORDERED that DOUGLAS GREER is permitted to travel to Las Vegas, Nevada. He will leave the Northern District of Illinois on September 18, 2009, and return to the District on or before September 25, 2009.

IT IS FURTHER ORDERED that DOUGLAS GREER present his travel documents to Pretrial Services before leaving and that he report to Pretrial upon his return.

DATE:   September 18, 2009          BY: _____
                                         Charles R. Norgle, Sr.