MHN

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | NO. 09 CR 696 |
| | ) | J. Charles R. Norgle, Sr. |
| DOUGLAS GREER, | ) | |
| Defendant. | ) | |

AGREED ORDER

IT IS HEREBY ORDERED that DOUGLAS GREER is permitted to leave the Northern District of Illinois with the permission of his supervising Pre-trial Services Officer.

IT IS FURTHER ORDERED that when Pre-trial Services allows him to leave the jurisdiction, DOUGLAS GREER must present his travel documents, including flight reservations, itinerary, and contact information at his destination, to Pretrial Services before leaving and that he report to Pretrial Services upon his return.

DATE:  October 16, 2009         BY: _____
                                    Charles R. Norgle, Sr.